(SPACE BELOW FOR FILING STAMP ONLY)

**HARRY M. DRANDELL #109293**
**LAW OFFICES OF HARRY M. DRANDELL**
1221 VAN NESS AVENUE, SUITE 450
FRESNO, CA 93721
PHONE (559) 442-8888
FAX (559) 442-8891

ATTORNEYS FOR   Defendant, Alexander Kastler

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

* * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **CASE NO:  1:14-CR-00268 LJO SKO** |
| ) | |
| ) | **STIPULATION TO CONTINUE STATUS** |
| Plaintiff, ) | **CONFERENCE; ORDER** |
| ) | |
| v. ) | |
| ) | |
| ) | |
| ALEXANDER KASTLER, ) | Date: May 4, 2015 |
| ) | Time: 1:00 p.m. |
| Defendant. ) | HON. SHEILA K. OBERTO |
| ) | Dept. 7 |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel that the status conference in the above-captioned matter now set for Monday, May 4, 2015, be continued to June 15, 2015, at 1:00 p.m.

The reason for the continuance is to permit counsel additional time in which to conduct further investigation and to reach a plea agreement that is appropriate and agreeable to all parties. This continuance will conserve time and resources for both parties and the court.

The parties agree that the delay resulting from the continuance shall be excluded in the in the interests of justice, including the but limited to, the need for the period of time set forth herein

for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).

DATED: April 30, 2015                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Michael G. Tierney
                                         _____
                                         MICHAEL G. TIERNEY
                                         Assistant United States Attorney
                                         Attorney for Plaintiff

DATED: April 30, 2015                    HARRY M. DRANDELL
                                         Law Offices of Harry M. Drandell


                                         /s/ Harry M. Drandell
                                         _____
                                         HARRY M. DRANDELL
                                         Attorney for Defendant,
                                         ALEXANDER KASTLER



# **O R D E R**

Pursuant to the parties' stipulation, the Status Conference presently set for May 4, 2015, at 1:00 p.m. is continued to June 15, 2015, at 1:00 p.m.   The delay resulting from the continuance shall be excluded in the interests of justice, including the but limited to, the need for the period of time set forth herein for effective defense preparation pursuant to 18 U.S.C. §§3161(h)(7)(A), (B)(ii), and (iv).


IT IS SO ORDERED.

   Dated:   **April 30, 2015**                    **/s/ Sheila K. Oberto**
                                                  UNITED STATES MAGISTRATE JUDGE