BENJAMIN B. WAGNER
United States Attorney
MICHAEL G. TIERNEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ALEXANDER KASTLER,<br><br>　　　　　Defendant. | CASE NO. 1:14-CR-00268-LJO<br><br>**FINAL ORDER OF FORFEITURE** |

WHEREAS, on December 16, 2015, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. § 2253, based upon the plea agreement entered into between plaintiff and defendant Alexander Kastler forfeiting to the United States the following property:

　　　　a. Toshiba Satellite laptop computer, serial number 4E158572P, seized from defendant by law enforcement on or about September 9, 2014, including all data and media contained therein; and
　　　　b. Samsung SMT-310 tablet computer, serial number RF2DA1E14HL, seized from defendant by law enforcement on or about September 9, 2014, including all data and media contained therein.

AND WHEREAS, beginning on December 24, 2015, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official

Final Order of Forfeiture　　　　　　　　　　1

internet government forfeiture site www.forfeiture.gov.  Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication for a hearing to adjudicate the validity of their alleged legal interest in the forfeited property;

 AND WHEREAS, the Court has been advised that no third party has filed a claim to the subject property and the time for any person or entity to file a claim has expired.

 Accordingly, it is hereby ORDERED and ADJUDGED:

  1. A Final Order of Forfeiture shall be entered forfeiting to the United States of America all right, title, and interest in the above-listed property pursuant to 18 U.S.C. § 2253, to be disposed of according to law, including all right, title, and interest of Alexander Kastler.

  2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

  3. The Department of Homeland Security, Immigration Customs Enforcement or Customs and Border Protection, shall maintain custody of and control over the subject property until it is disposed of according to law.

IT IS SO ORDERED.

 Dated: **April 20, 2016**     /s/ Lawrence J. O'Neill
                 UNITED STATES DISTRICT JUDGE

Final Order of Forfeiture   2